LYSSA S. ANDERSON, Nevada Bar No. 5781
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 699-5159
Facsimile: (702) 597-5503

STEVEN C. BEDNAR, Utah Bar No. 5660 (*admitted pro hac vice*)
DAVID C. CASTLEBERRY, Nevada Bar No. 8981
MANNING CURTIS BRADSHAW
& BEDNAR LLC
170 South Main Street, Suite 900
Salt Lake City, UT  84101-1655
Telephone:  (801) 363-5678
Facsimile:  (801) 364-5678

*Attorneys for Defendant Smith's Food & Drug Centers, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIE BACIAK,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>    Defendant. | Case No.: 2:09-cv-02059-KJD-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Marie Baciak ("Baciak"), by and through her counsel of record, and Defendant Smith's Food & Drug Centers, Inc. ("Smith's"), by and through its counsel of record, hereby stipulate and agree that this action and all claims asserted herein against Smith's may be dismissed with prejudice and on the merits pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to bear their own costs, expenses and attorneys' fees. Baciak and Smith's hereby jointly move the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to enter an Order of Dismissal With Prejudice.

1

DATED this 13th day of July 2010.

MANNING CURTIS BRADSHAW & BEDNAR LLC

BY: _____ Lyssa S. Anderson for
Steven C. Bednar
David C. Castleberry
170 South Main Street, Suite 900
Salt Lake City, UT 84101-1655
*Attorneys for Defendant Smith's Food & Drug Centers, Inc.*

DATED this 2 day of July 2010.

BY: _____
Richard Segerblom
700 South Third Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED: _____
UNITED STATES DISTRICT COURT JUDGE

Dated: JULY 16, 2010